IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| Trans-Radial Solutions, LLC,<br><br>                    Plaintiff,<br>v.<br><br>Burlington Medical, LLC, Mr. John Williams, Fox Three Partners, LLC, and Phillips Safety Products, Inc.<br><br>                    Defendants. | Civil Action No. 4:18-CV-153 |

**FINANCIAL INTEREST DISCLOSURE STATEMENT OF PLAINTIFF**

      Pursuant to Local Civil Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff Trans-Radial Solutions, LLC in the above-captioned case states as follows: Trans-Radial Solutions, LLC does not have any parent, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public, and no publicly-traded corporation owns more than 10% of Trans-Radial Solutions, LLC. The members of the limited liability company are as follows: Andrew Shealy and Barney Wasson.

      If the Court requires more information, counsel will supplement promptly as appropriate.

Dated: December 12, 2018

Respectfully submitted,

s/ *Jeremy M. Stipkala*
Jeremy M. Stipkala (Fed. Id. No. 10479)
    Virginia Bar No. 83345
Bernard S. Klosowski, Jr. (Fed. Id. No. 9251)
    *Pro Hac Vice* pending
THRIVE IP®
5401 Netherby Lane
Suite 1201
North Charleston, SC 29420
Tel: 843.580.9057 Fax: 866.747.2595
Jeremy.Stipkala@Thrive-IP.com
Ben.Klosowski@Thrvie-IP.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

s/ *Jeremy M. Stipkala*
Jeremy M. Stipkala (Fed. Id. No. 10479)
  Virginia Bar No. 83345
Bernard S. Klosowski, Jr. (Fed. Id. No. 9251)
  *Pro Hac Vice* pending

THRIVE IP®
5401 Netherby Lane
Suite 1201
North Charleston, SC 29420
Tel: 843.580.9057 Fax: 866.747.2595
Jeremy.Stipkala@Thrive-IP.com

ATTORNEYS FOR PLAINTIFF
