**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| Trans-Radial Solutions, LLC<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Burlington Medical, LLC, Mr. John Williams, Fox Three Partners LLC, and Phillips Safety Products, Inc.<br><br>　　　　　　　　　Defendants. | Case No. 2:18-cv-00656-RGD-RJK |

## APPEARANCE OF COUNSEL

To:　The clerk of court and all parties of record

　　I am admitted to practice law in this court, and I appear in this case as counsel for

Defendants Burlington Medical, LLC, Phillips Safety Products, Inc., and Mr. John Williams.


Date:　January 3, 2019　　　　　　　　　　/s/ Rebecca S. LeGrand
　　　　　　　　　　　　　　　　　　　　　Rebecca S. LeGrand
　　　　　　　　　　　　　　　　　　　　　Virginia Bar No. 89859
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Burlington*
　　　　　　　　　　　　　　　　　　　　　*Medical, LLC, Phillips Safety Products, Inc.,*
　　　　　　　　　　　　　　　　　　　　　*& Mr. John Williams*
　　　　　　　　　　　　　　　　　　　　　LEGRAND LAW PLLC
　　　　　　　　　　　　　　　　　　　　　1775 Eye Street, NW, Suite 1150
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　Ph: (202) 587-5725
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 587-5610
　　　　　　　　　　　　　　　　　　　　　rebecca@legrandpllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2019, I filed the foregoing electronically through the Court's CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>/s/ Rebecca S. LeGrand</u>
Rebecca S. LeGrand