IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TRANS-RADIAL SOLUTIONS, LLC,

    Plaintiff,

v.                                                   Action No. 2:18cv656

BURLINGTON MEDICAL, LLC, et al.,

    Defendants.

## O R D E R

To the extent defendants intend to file a response to plaintiff's motion for leave to file a motion to dismiss on February 12, 2019, ECF No. 23, it is **ORDERED** that any response is due by 5:00 p.m. on February 14, 2019.

The Clerk is DIRECTED to send copies of this Order to all counsel of record.

                                                                /s/
                                                      Robert J. Krask
                                                      United States Magistrate Judge

Norfolk, Virginia
February 12, 2019