UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TRANS-RADIAL SOLUTIONS, LLC,

    Plaintiff,

v.                                              Action No. 2:18cv656

BURLINGTON MEDICAL, LLC, et al.,

    Defendants.

## O R D E R

This case is before the Court on the motion for leave to file a motion to dismiss on February 12, 2019, by defendants Burlington Medical, LLC, Phillips Safety Products, Inc., Fox Three Partners, LLC, and Mr. John Williams ("defendants"). ECF No. 23. Defendants' responsive pleading to the complaint was due on February 11, 2019. ECF No. 18. Defendants filed their motion to dismiss, ECF No. 19, on February 12, 2019. Defendants also filed a motion for leave to file the motion to dismiss on February 12, 2019. ECF No. 23. Plaintiff has not filed a response to the motion for leave, and the time to do so has expired. *See* ECF No. 24.

It is **ORDERED** that defendants' motion for leave to file the motion to dismiss on February 12, 2019 is **GRANTED**, and the motion to dismiss is filed as of that date. It is further **ORDERED** that the time for plaintiff to respond to the motion to dismiss, ECF No. 19, runs from the date of this Order.

The Clerk shall mail a copy of this Order to all counsel of record.

                                                             _____/s/_____
                                                             Robert J. Krask
                                                             United States Magistrate Judge
                                                             Robert J. Krask
                                                             United States Magistrate Judge

Norfolk, Virginia
February 15, 2019