IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

Trans-Radial Solutions, LLC,

          *Plaintiff*,

v.

Burlington Medical, LLC *et al.*,

          *Defendants*.

Civil Action No. 2:18-cv-00656

## AGREED ORDER

This matter comes before the Court on plaintiff Trans-Radial Solutions, LLC's motion to commence discovery as to counts not subject to partial motion to dismiss (D.E. 33). Upon the agreement of counsel, as evidenced by their signatures below, and for good cause shown, the Court grants the Motion. As of the date of entry of this Order, the plaintiff and defendants Burlington Medical, LLC and Phillips Safety Products, Inc. are permitted to engage in discovery with each other, in accordance with the Federal Rules of Civil Procedure, as to Counts 1 through 3 of the Complaint.

Except as set forth above, this Order is not intended to, and does not, replace or supersede the Rule 26(f) Pretrial Order or Rule 16(b) Scheduling Order to be issued in this case.

Entered: May 20, 2019

/s/
Robert J. Krask
United States Magistrate Judge
Judge

WE ASK FOR THIS:

*/s/ W. Ryan Snow*
W. Ryan Snow, VSB No. 47423
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
dhartnett@cwm-law.com

Bernard S. Klosowski, Jr., Esquire (*pro hac vice*)
THRIVE IP® INTELLECTUAL PROPERTY LAW FIRM
200 N. Main Street, Suite 500
Greenville, SC 29601
Telephone: 864.516.7529
Facsimile: 866.747.2595
Ben.Klosowski@Thrive-IP.com
*Counsel for Plaintiff*


SEEN AND AGREED:

*/s/ Rebecca S. LeGrand*
Rebecca S. Legrand, VSB No. 89859
LEGRAND LAW PLLC
1775 Eye Street, NW, Suite 1150
Washington, DC 20006
Ph: (202) 587-5725
Fax: (202) 587-5610
rebecca@legrandpllc.com
*Counsel for Defendants*