IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

TRANS-RADIAL SOLUTIONS, LLC,

    Plaintiff,

v.                                                               CIVIL NO. 2:18-cv-656

BURLINGTON MEDICAL, LLC,
MR. JOHN WILLIAMS,
FOX THREE PARTNERS, LLC, *and*
PHILLIPS SAFETY PRODUCTS, INC.,

    **Defendants.**

## ORDER

This matter comes before the Court regarding the hearing on the defendants' partial motion to dismiss (ECF No. 19) that is currently scheduled for Monday, June 17, 2019, at 10:00 a.m. On June 13, 2019, defense counsel notified opposing counsel and the undersigned's courtroom deputy by email that defense counsel's father had fallen seriously ill and asked that the hearing be rescheduled so that she could remain with her family for the next several days. Considering these circumstances, the Court finds that a brief continuance is necessary and justified. Accordingly, the hearing on the defendants' partial motion to dismiss (ECF No. 19) is hereby **RESET** for **Thursday, June 27, 2019, at 2:00 p.m.**[1]

Furthermore, in light of this additional yet necessary delay in proceedings, and considering the parties' agreement as set forth in the Court's May 20, 2019 Order that discovery shall proceed

---

[1] If any conflict arises with this new hearing date in the future, the Court advises that it may resolve the pending motion to dismiss without a hearing by relying on the parties' thorough briefing on the matter. See Fed. R. Civ. P. 78.

1

on Counts I, II, and III of the complaint, the defendants are hereby **DIRECTED** to file an answer to Counts I, II, and III of plaintiff's complaint no later than **NOON on Thursday, June 27, 2019.**

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED**.

Norfolk, VA
June 14, 2019

/s/
Robert G. Doumar
Senior United States District Judge