# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

## Thursday, June 27, 2019

**MINUTES OF PROCEEDINGS IN**   Open Court
**PRESENT**: THE HONORABLE   Robert G. Doumar, Senior United States District Judge
Courtroom Deputy:  Lori Baxter
Law Clerk:   Erin Topp                                              Reporter:   Carol Naughton, OCR

| Set:   2:00 p.m. | Started:   2:00 p.m. | Ended:   3:25 p.m. |
|---|---|---|

Case No.   2:18cv656

Tans-Radial Solutions, LLC

v.

Burlington Medical, LLC
John Williams
Fox Three Partners, LLC
Phillips Safety Products, Inc.

Appearances:   Bernard S. Klosowski and W. Ryan Snow for the Plaintiff.   Rebecca S. LeGrand for the Defendants.

Hearing held re [19] Motion to Dismiss for Failure to State a Claim filed by the defendants.   Arguments of counsel.   Comments of Court.   The parties are to notify the Court by 12:00 p.m. on 7/29/19 of the terms/claims in controversy and whether a Markman hearing is required.   Within 30 days of 7/29/19, the parties are to set and attend a settlement conference with a United States Magistrate Judge.   Each party is required to have at least one person or agent present at the settlement conference who is authorized to accept and enter into a settlement agreement on behalf of such party.   The parties were also directed to attend a Rule 16(b) Scheduling Conference immediately following this motion hearing.   The Court will issue an order.   Court adjourned.