**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **Trans-Radial Solutions, LLC,**<br><br>                *Plaintiff*,<br><br>    **v.**<br><br>**Burlington Medical, LLC** *et al.*,<br><br>                *Defendants*. | Civil Action No. 2:18-cv-00656 |

**PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Trans-Radial Solutions, LLC, by counsel, pursuant to Federal Rules of Civil Procedure 33, 34, 36, and 37 and Local Rule 26(C), moves this Court for entry of an Order deeming all objections waived, deeming requested matters admitted, and compelling discovery responses from defendants Burlington Medical, LLC and Phillips Safety Products, Inc., both of whom have failed to serve objections, answer any interrogatories, or respond to any document requests or requests for admission, despite proper service and good-faith efforts by TRS to resolve this matter without court action. The grounds for the motion, and the specific relief sought, are set forth more fully in the accompanying memorandum in support.

Dated:  July 3, 2019                    **TRANS-RADIAL SOLUTIONS, LLC**

                         By:         */s/ W. Ryan Snow*
                                    Of Counsel

W. Ryan Snow, VSB No. 47423
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
wrsnow@cwm-law.com
dhartnett@cwm-law.com

1

and

Bernard S. Klosowski, Jr., Esquire (admitted *pro hac vice*)
THRIVE IP® INTELLECTUAL PROPERTY LAW FIRM
200 N. Main Street, Suite 500
Greenville, SC 29601
Telephone 864.516.7529
Facsimile 866.747.2595
Ben.Klosowski@Thrive-IP.com

*Counsel for Plaintiff*

## **CERTIFICATE OF GOOD FAITH**

In accordance with Federal Rule of Civil Procedure 37 and Local Rule 37(E), I hereby certify that a good faith effort has been made between counsel for Trans-Radial Solutions, LLC and counsel for Burlington Medical, LLC and Phillips Safety Products, Inc. to resolve the discovery matters at issue. Counsel met and conferred through multiple electronic correspondence and by telephone.

                                           */s/ W. Ryan Snow*
                                         W. Ryan Snow, VSB No. 47423
                                         David C. Hartnett, VSB No. 80452
                                         CRENSHAW, WARE & MARTIN, P.L.C.
                                         150 W. Main Street, Suite 1500
                                         Norfolk, Virginia 23510
                                         Telephone: (757) 623-3000
                                         Facsimile: (757) 623-5735
                                         wrsnow@cwm-law.com
                                         dhartnett@cwm-law.com
                                         *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July 2019, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Virginia, Norfolk Division, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                        */s/ W. Ryan Snow*
                                        W. Ryan Snow, VSB No. 47423
                                        David C. Hartnett, VSB No. 80452
                                        CRENSHAW, WARE & MARTIN, P.L.C.
                                        150 W. Main Street, Suite 1500
                                        Norfolk, Virginia 23510
                                        Telephone: (757) 623-3000
                                        Facsimile: (757) 623-5735
                                        wrsnow@cwm-law.com
                                        dhartnett@cwm-law.com
                                        *Counsel for Plaintiff*