**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

|  |  |
|---|---|
| Trans-Radial Solutions, LLC, | |
| *Plaintiff*, | |
| v. | Civil Action No. 2:18-cv-00656 |
| Burlington Medical, LLC, Mr. John Williams, Fox Three Partners, LLC, and Phillips Safety Products, Inc. | |
| *Defendants*. | |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Defendants Burlington Medical, LLC, John Williams, Fox-3 Partners, LLC and Phillips

Safety Products, Inc. ("Defendants") and Plaintiff Trans-Radial Solutions, LLC ("Plaintiff")

respectfully move for the entry of the proposed stipulated protective order ("Protective Order")

attached hereto as Exhibit A. The Parties seek the entry of the attached Protective Order to

establish procedures for the treatment of confidential information exchanged during discovery in

the above-captioned matter, as described further in the attached proposed Protective Order.

Respectfully submitted,

*/s/ Rebecca S. LeGrand*
Rebecca S. LeGrand, VSB No. 89859
LEGRAND LAW PLLC
1775 Eye Street NW, Suite 1150
Washington, DC 20006
Tel: (202) 587-5725
rebecca@legrandpllc.com

*Counsel for Burlington Medical, LLC,*
*Phillips Safety Products, Inc., and Fox-3 Partners,*
*LLC*

/s/ W. Ryan Snow
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
wrsnow@cwm-law.com

and

Bernard S. Klosowski, Jr. (*pro hac vice*)
THRIVE IP® INTELLECTUAL PROPERTY LAW FIRM
Ben.Klosowski@Thrive-IP.com

*Counsel for Plaintiff Trans-Radial Solutions, LLC*


/s/ David B. Ashe
David B. Ashe, VSB No. 41259
Alperin Law, PLLC
500 Viking Drive, Suite 202
Virginia Beach, VA 23452
Telephone: (757) 490-3500
Facsimile: (757) 233-3600

*Counsel for Defendant John Williams*

2

## CERTIFICATE OF SERVICE

I certify that on August 22, 2019, a copy of the foregoing was served by electronically filing a copy with the clerk of the court using the ECF filing system which automatically notifies all registered counsel of record.

/s/ Rebecca S. LeGrand
Rebecca S. LeGrand (VSB No. 89859)
LEGRAND LAW PLLC
1775 Eye Street NW, Suite 1150
Washington, DC 20006
Tel: (202) 587-5725
rebecca@legrandpllc.com