\#

# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

## Tuesday, October 1, 2019

**MINUTES OF PROCEEDINGS IN**   Open Court
**PRESENT**: THE HONORABLE   Robert G. Doumar, Senior United States District Judge
Courtroom Deputy:  Lori Baxter
Law Clerk:  Erin Topp                                                            Reporter:  Carol Naughton, OCR

| Set: 3:30 p.m. | Started: 3:30 p.m. | Ended: 4:26 p.m. |
|---|---|---|
| Case No. 2:18cv656 | | |
| | | |
| Tans-Radial Solutions, LLC | | |
| v. | | |
| Burlington Medical, LLC<br>John Williams<br>Fox Three Partners, LLC<br>Phillips Safety Products, Inc. | | |
| | | |
| Appearances by conference call:  W. Ryan Snow for the Plaintiff.  David B. Ashe for Defendant John Williams.  Rebecca S. LeGrand for Defendants Burlington Medical, Fox Three Partners and Phillips Safety Products. | | |
| | | |
| Status conference held re [69] Objection to [66] Order on Plaintiff's Motion to Compel Discovery filed by Burlington Medical, Fox Three Partners and Phillips Safety Products.  Arguments of counsel.  Comments of Court.  For the reasons stated on the record, the Court OVERRULED the objection.  Further discovery issues are to be referred to Judge Doumar.  The Court will issue a short opinion affirming the USMJ's ruling.  Court adjourned. | | |
| | | |
| | | |
| | | |
| | | |