

FILED

OCT - 4 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

**TRANS-RADIAL SOLUTIONS, LLC,**

    **Plaintiff,**

    **v.**

                                    **CIVIL NO. 2:18cv656**

**BURLINGTON MEDICAL, LLC,**
*et al.,*

    **Defendants.**

## RECUSAL ORDER

This action was randomly assigned to the undersigned on December 12, 2018.

Unfortunately, the undersigned is now aware of matters that require his recusal. Accordingly, the

Clerk is hereby **DIRECTED** to randomly reassign this matter to a different district judge of this

Court.

    The Clerk is **DIRECTED** to forward a copy of this Recusal Order to all Counsel of Record.

    **IT IS SO ORDERED**.

Norfolk, VA

October **4**, 2019

                                        /s/

                          Robert G. Doumar

                          Senior United States District Judge