

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**TRANS-RADIAL SOLUTIONS, LLC,**

    **Plaintiff,**

    v.

**BURLINGTON MEDICAL, LLC,**
*et al.,*

    **Defendants.**

**CIVIL NO. 2:18cv656**

## ORDER

On October 1, 2019, the parties, by their counsel, appeared before the Court by telephone for a hearing on the Objection of defendants Burlington Medical, LLC and Phillips Safety Products, Inc. ("Defendants") to portions of the magistrate judge's August 23, 2019 Order partially granting the plaintiff's Motion to Compel Discovery. ECF No. 69. For the reasons stated on the record at the hearing, the Court does not find any part of the magistrate judge's August 23, 2019 Order to be clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a). Therefore, Defendants' Objection is **OVERRULED**. ECF No. 69.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

Norfolk, VA
October _3_, 2019

                                                                      Robert G. Doumar
                                                                      Senior United States District Judge